# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MANUEL VELEZ,**

        **Plaintiff,**

**-vs-**                                                            **Case No. 6:10-cv-1448-Orl-22GJK**

**AUDIO EXCELLENCE, INC.,**

        **Defendant.**

_____

## ORDER

Upon the Court's review of this case, it is ORDERED as follows:

1. The parties having filed a Joint Notice of Non-Objection (Doc. No. 42), the Magistrate Judge's Report and Recommendation (Doc. No. 41), filed on September 21, 2011, is ADOPTED and CONFIRMED and made a part of this Order.

2. The parties' Renewed Motion for Approval of Settlement (Doc. No. 40), filed on September 19, 2011, is GRANTED.

3. This case is DISMISSED, WITH PREJUDICE.

4. The Clerk shall close the case.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 26, 2011.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party
Magistrate Judge